```
           IN THE DISTRICT COURT OF THE UNITED STATES
          FOR THE WESTERN DISTRICT OF NORTH CAROLINA
                       CHARLOTTE DIVISION
                         3:07CV5-F-02
                        (3:04CR107-02-F)
```

| | |
|---|---|
| **HAROLD FULLER,** | ) |
| Petitioner, | ) |
| vs. | )  **O R D E R** |
| **UNITED STATES OF AMERICA,** | ) |
| Respondent. | ) |

**THIS MATTER** is before the Court on the petitioner's "Motion To Void Future Requests For Extension Of Time," filed April 9, 2007.

By this Motion, the petitioner essentially contends that a great deal of time already has elapsed since the time that he filed his Motion to Vacate on January 3, 2007; and that the government should not be able to secure any more than the single extension of time which it already has obtained in this case. Consequently, the petitioner asks the Court to "reject, disregard, nullify, deny or void any future requests on the part of the Government for an extension of time."

Suffice it to say, however, such request by the petitioner is unwarranted and baseless. Indeed, there is no basis to support this Motion. Moreover, the government now has filed its response to the petitioner's Motion to Vacate. Accordingly, the

instant Motion is hereby **DENIED**.

Signed: April 17, 2007

Graham C. Mullen
United States District Judge

**SO ORDERED.**

Signed: April 17, 2007

Graham C. Mullen
United States District Judge