# United States District Court
## For The Western District of North Carolina
### Charlotte Division

Harold Fuller,

    Plaintiff(s),                            JUDGMENT IN A CIVIL CASE

vs.                                               3:07cv5/3:04cr107

USA,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/16/2007 Order.

                                                    Signed: October 16, 2007

                                                    *[signature: Frank G. Johns]*

                                                    Frank G. Johns, Clerk
                                                  United States District Court